ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendant
City of North Las Vegas, Joseph Chronister,
Michael Waller, Drew Albers. David Cawthorn,
Eric Rockwell, and Travis Snyder

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her capacity as Chief of the Henderson Police Department; GARRETT POINER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, F/N/U SNYDER, individually and in their official capacities as North Las Vegas Police Officers; JANETTE R. REYER-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 joint and severally,<br><br>Defendants. | CASE NO. 2:13-cv-01154-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME OF THE DATE SET FOR THE FILING OF DEFENDANTS CITY OF NORTH LAS VEGAS, JOSEPH CHRONISTER, MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL AND TRAVIS SNYDER TO RESPOND TO PLAINTIFFS' COMPLAINT** |

…

…

…

…

4834-3979-6502.1

COME NOW, the parties, by and through their undersigned counsel of record and hereby stipulate and agree that the time for Defendants City of North Las Vegas, Joseph Chronister, Michael Waller, Drew Albers. David Cawthorn, Eric Rockwell, and Travis Snyder to file their response to Plaintiffs' Complaint, said response being due on November 12, 2013 be extended until December 12, 2013.

### Reason for Extension

Because of the complexity of the claims made in Plaintiffs' Complaint, Defendant needs additional time to perform an investigation prior to filing a responsive pleading. This stipulation is made in good faith and not for the purpose of delay. This is the first extension of time requested by counsel for filing Defendants' to file their response to Plaintiffs Complaint.

DATED this 11 day of November, 2013.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Robert W. Freeman
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendants
City of North Las Vegas, Joseph Chronister, Michael Waller, Drew Albers. David Cawthorn, Eric Rockwell, and Travis Snyder

DATED this 11th day of November, 2013.

COFER, GELLER & DURHAM, LLC

/s/ Frank H. Cofer
Frank H. Cofer, Esq.
Nevada Bar No. 11362
601 South Tenth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiffs
Anthony Mitchell, Linda Mitchell, and Michael Mitchell

### ORDER

IT IS SO ORDERED.

Dated this ___ day of November, 2013.

_____
U.S. DISTRICT COURT JUDGE