Benjamin C. Durham, Esq.
Nevada Bar No. 7684
Benjamin Durham Law Firm
601 South Tenth Street
Las Vegas, Nevada 89101
(702) 631-6111
(702) 946-1396 (fax)
bdurham@vegasdefense.com

Frank H. Cofer, Esq.
Nevada Bar No. 11362
Cofer & Geller, LLC
601 South Tenth Street
Las Vegas, Nevada 89101
(702) 518-1558
(702) 946-0826 fax
fcofer@defense.vegas
*Attorneys for Plaintiffs*

**United States District Court**

**District Of Nevada**

| | |
|---|---|
| Anthony Mitchell, Linda Mitchell, and Michael Mitchell,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>City Of Henderson, Nevada, et al.,<br><br>*Defendants.* | Case No.:  2:13-cv-01154-APG-CWH<br><br>**Stipulation and [Proposed] Order to Extend Discovery Deadlines (Second Request)** |

Come now, the parties, by and through their undersigned counsel of record, and hereby stipulate and agree that all discovery deadlines in this case be extended ninety (90) days. This is the second request for a discovery extension in this case.

Pursuant to LR 26-4 and the Scheduling Order (#60) entered in this case on April 24, 2015, a party must show good cause for an extension within 21 days prior to the expiration of a discovery deadline. Scheduling Order at 2. This request for an extension is therefore timely with respect to all discovery deadlines.

1

**Discovery already completed**

1. Counsel for all parties attended the FRCP 26(f) conference and subsequently made their initial disclosures.

2. In order to minimize any intervention required by the court to resolve discovery disputes, the parties collaborated and agreed on a stipulated protective order (#61) to govern protection of certain confidential material identified in the initial disclosures.

3. Since the previous order granting an extension of the discovery deadlines, the parties have exchanged requests for production of documents, requests for admissions and written interrogatories.

**Discovery remaining to be completed**

4. The parties have not completed depositions of witnesses, production of documents, interrogatories or admissions, or disclosure of expert witnesses.

5. Due to the large number of witnesses identified in the initial disclosures and the complexity of this case, the parties agree that further discovery will be required before Plaintiffs can properly, if at all, identify all of the Doe defendants named in the Complaint so that the Complaint may be properly amended.

6. The parties stipulate and agree that due to the complexity of this case and the large number of witnesses involved, good cause exists to extend all discovery deadlines by 90 additional days. This extension will afford the parties time to resolve discovery issues among themselves while minimizing intervention from the Court, and will promote the efficient administration of the case.

\\
\\
\\
\\
\\
\\
\\

**Proposed schedule for the completion of remaining discovery**

7. The new discovery deadlines proposed by the parties are as follows:

|  | Original deadline | New deadline |
|---|---|---|
| Discovery cutoff | December 14, 2015 | March 14, 2016 |
| Motions to amend pleadings or add parties | September 14, 2015 | December 14, 2016 |
| Expert designations | October 14, 2015 | January 12, 2016 |
| Rebuttal expert designations | November 15, 2015 | February 14, 2016 |
| Interim status report | October 14, 2015 | January 12, 2016 |
| Dispositive motions | January 11, 2016 | April 11, 2016 |

8. This stipulation for an extension of the discovery deadlines is made in good faith and not for the purpose of delay or for any other improper purpose.

DATED: August 20, 2015.　　　　**COFER & GELLER, LLC**
　　　　　　　　　　　　　　　　　**BENJAMIN DURHAM LAW FIRM**

　　　　　　　　　　　　　　　　　　*/s/ Frank Cofer*
　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　FRANK H. COFER III, ESQ.
　　　　　　　　　　　　　　　　　Nevada Bar No. 11362
　　　　　　　　　　　　　　　　　BENJAMIN DURHAM, ESQ.
　　　　　　　　　　　　　　　　　Nevada Bar No. 7684

　　　　　　　　　　　　　　　　　601 South Tenth Street
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

DATED: August 20, 2015.　　　　**LEWIS BRISBOIS BISGAARD & SMITH LLP**

　　　　　　　　　　　　　　　　　　*/s/ Robert Freeman*
　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　ROBERT W. FREEMAN, JR.
　　　　　　　　　　　　　　　　　Nevada Bar No. 3062
　　　　　　　　　　　　　　　　　6385 S. Rainbow Blvd, Suite 600
　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　*Attorneys for North Las Vegas Defendants*

| | | |
|---|---|---|
| 1 | DATED: August 20, 2015. | **BROWNSTEIN HYATT FARBER SCHRECK, LLP** |
| 2 | | */s/ Tamara Peterson* |
| 3 | | _____ |
| 4 | | KIRK B. LENHARD, ESQ.<br>Nevada Bar No. 1437 |
| 5 | | TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218 |
| 6 | | 100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106 |
| 7 | | *Attorneys for Henderson Defendants* |

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

IT IS SO ORDERED.
DATED: August 21, 2015

_____
UNITED STATES MAGISTRATE JUDGE

4

### ORDER

IT IS SO ORDERED.

Dated this _____ day of August, 2015.

_____
U.S. DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2015, a true and correct copy of the foregoing document:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)**

was served via the Court's CM/ECF system upon the following persons:

**TAMARA BEATTY PETERSON**
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Ste. 1600
Las Vegas, Nevada 89106
*Attorneys for Henderson Defendants*

**ROBERT W. FREEMAN, JR.**
Lewis Brisbois Bisgaard & Smith
6385 South Rainbow, Suite 600
Las Vegas, NV 89118
*Attorneys for North Las Vegas Defendants*

/s/ April Burt
_____
APRIL B. BURT
An employee of COFER & GELLER, LLC