KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
TAMARA BEATTY PETERSON, ESQ., Nevada Bar No. 5218
tpeterson@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Defendants City of Henderson, Nevada, Angela Walker, and Christopher Worley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her official capacity as Chief of the Henderson Police Department, GARRETT POINIER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, AND /F/N/U SNYDER, individually and in their official capacities as North Las Vegas police officers; JANETTE R. REYES-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 jointly and severally,<br><br>Defendants. | Case No.: 2:13-cv-01154-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES FOR REQUESTS FOR ADMISSIONS AND INTERROGATORIES**<br><br>**(First Request)** |

Pursuant to Local Rule 6-1 and Fed. R. Civ. P. 29, Plaintiffs Anthony Mitchell, Linda Mitchell, and Michael Mitchell (collectively "Plaintiffs"), Defendants City of Henderson, Nevada, Angela Walker, and Christopher Worley (collectively, the "Henderson Defendants"),

and Defendants City of North Las Vegas, Joseph Chronister, Michael Waller, Drew Albers, David Cawthorn, Eric Rockwell, and Travis Snyder (collectively, the "North Las Vegas Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to this Court's approval, as follows:

(1) the December 28, 2015, deadline for the Henderson Defendants to respond to Plaintiff Anthony Mitchell's First Set of Interrogatories No. 1-25 (propounded on November 23, 2015) shall be extended thirty (30) days to January 27, 2016;

(2) the December 28, 2015, deadline for the North Las Vegas Defendants to respond to Plaintiff Anthony Mitchell's First Set of Interrogatories No. 1-25 (propounded on November 23, 2015) shall be extended thirty (30) days to January 27, 2016;

(3) the December 28, 2015, deadline for the Henderson Defendants to respond to Plaintiff Anthony Mitchell's First Set of Requests for Admissions No. 1-77 (propounded on November 23, 2015) shall be extended thirty (30) days to January 27, 2016; and

(4) the December 28, 2015, deadline for the North Las Vegas Defendants to respond to Plaintiff Anthony Mitchell's First Set of Requests for Admissions No. 1-73 (propounded on November 23, 2015) shall be extended thirty (30) days to January 27, 2016.

None of the deadlines in the current Scheduling Order are affected by this Stipulation.

…
…
…
…
…
…
…
…
…
…
…

WHEREFORE, the parties respectfully request that this Court enter an Order extending the discovery deadlines as set forth above.

DATED this 23rd day of December, 2015.

| | |
|---|---|
| BROWNSTEIN HYATT FARBER SCHRECK, LLP | COFER, GELLER & DURHAM, LLC |
| By: /s/ Tamara Beatty Peterson<br>KIRK B. LENHARD, ESQ.<br>Nevada Bar No. 1437<br>TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218<br>SCOTT M. SCHOENWALD, ESQ.<br>Nevada Bar No. 5484<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>*Attorneys for Defendants City of Henderson, Nevada, Jutta Chambers, Garrett Poinier, Ronald Feola, Ramona Walls, Angela Walter, Christopher Worley, and Janette R. Reyes-Speer* | By: /s/ Frank H. Cofer<br>BENJAMIN C. DURHAM, ESQ.<br>Nevada Bar No. 7684<br>FRANK H. COFER, III, ESQ.<br>Nevada Bar No. 11362<br>COFER, GELLER & DURHAM, LLC<br>601 South Tenth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* |

LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Robert W. Freeman, Jr.
ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
6385 S. Rainbow, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants City of North Las Vegas, Joseph Chronister, Sergeant Michael Waller, Drew Albers, David Cawthorn, Eric Rockwell and Travis Snyder*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 23, 2015