KIRK B. LENHARD, ESQ., Nevada Bar No. 1437
klenhard@bhfs.com
TAMARA BEATTY PETERSON, ESQ., Nevada Bar No. 5218
tpeterson@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendants City of Henderson, Nevada, Angela Walker, and Christopher Worley*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her official capacity as Chief of the Henderson Police Department, GARRETT POINIER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, AND /F/N/U SNYDER, individually and in their official capacities as North Las Vegas police officers; JANETTE R. REYES-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 jointly and severally,<br><br>Defendants. | Case No.: 2:13-cv-01154-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO STRIKE PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs Anthony Mitchell, Linda Mitchell, and Michael Mitchell (collectively "Plaintiffs"), Defendants City of Henderson, Nevada, Angela Walker, and Christopher Worley (collectively, the "Henderson Defendants"), and Defendants City of North Las Vegas, Joseph

016164\0012\14567581.2                              1

Chronister, Michael Waller, Drew Albers, David Cawthorn, Eric Rockwell, and Travis Snyder (collectively, the "North Las Vegas Defendants"), by and through their undersigned counsel of record, hereby stipulate and agree, subject to this Court's approval, as follows:

(1) on March 14, 2016, the last day for Plaintiffs to seek leave to amend their pleading pursuant to the Stipulation and Order to Extend Discovery Deadlines (Third Request) (Dkt. 68), Plaintiffs filed a Motion for Leave to File Second Amended Complaint ("Motion") (Dkt. 71), attaching as Exhibit 1, a proposed Second Amended Complaint ("Proposed SAC") (Dkt. 71-1);

(2) upon receipt of the Motion and Proposed SAC, counsel for the Henderson Defendants discovered that the Proposed SAC referred to content in, and directly quoted from, documents produced in discovery as "Confidential" pursuant to the Stipulated Confidentiality and Protective Order signed by the Court ("Protective Order") (Dkt. 62), and that, consequently, the filing of the Proposed SAC on the Court's public docket violated the Protective Order;

(3) after counsel for the Henderson Defendants informed Plaintiffs' counsel of the same and demanded that the violation be immediately cured, on March 20, 2016, Plaintiffs moved the Court on an emergency basis to withdraw the Motion and Proposed SAC and refile the same under seal ("Motion to Seal") (Dkt. 72);

(4) thereafter, on March 22, 2016, the Court issued an order denying the Motion to Seal and ordering the parties to meet and confer "regarding which portions of the proposed second amended complaint violate the protective order and to discuss whether redaction of selected portions of the proposed pleading, or in the alternative wholesale revision of the proposed pleading, are appropriate" ("Order") (Dkt. 73); and

(5) the parties desire to maintain and protect the confidential nature of the information contained in the Proposed SAC while they meet and confer as ordered by the Court.

WHEREFORE, the parties respectfully request that the Court issue an order providing the following:

    (a)    ordering the Clerk to STRIKE the Motion (Dkt. 71) and the Proposed SAC (Dkt. 71-1) from the docket in the above captioned action, thus rendering them inaccessible;

(b) that the parties shall meet and confer in accordance with the Court's Order regarding which portions of the proposed second amended complaint violate the protective order and to discuss whether redaction of selected portions of the proposed pleading, or in the alternative wholesale revision of the proposed pleading, are appropriate;

(c) on or before Friday, April 1, 2016, Plaintiffs shall refile and serve the Motion, either redacting the portions of the Proposed SAC that violate the Protective Order, or attaching a revised Proposed SAC that does not violate the Protective Order ("Refiled Motion");

(d) as the Refiled Motion will be filed after the March 14, 2016, deadline, the Henderson Defendants and the North Las Vegas Defendants waive their right to challenge the timeliness of the Refiled Motion as it relates to the necessity to refile the Motion in light of the facts outlined herein. The Henderson Defendants and the North Las Vegas Defendants reserve all of their rights to challenge the timeliness of the relief sought in the Refiled Motion in all other respects;

(e) on or before Friday, April 15, 2016, the Henderson Defendants and the North Las Vegas Defendants shall file and serve their Responses to the Refiled Motion; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

016164\0012\14567581.2

3

(f) Plaintiffs' Reply in support of the Refiled Motion will be due in accordance with Local Rule 7-2.

DATED this 23rd day of March, 2016.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | COFER, GELLER & DURHAM, LLC |
|---|---|
| By: /s/ Kirk B. Lenhard<br>KIRK B. LENHARD, ESQ.<br>Nevada Bar No. 1437<br>TAMARA BEATTY PETERSON, ESQ.<br>Nevada Bar No. 5218<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>*Attorneys for Defendants City of Henderson, Nevada, Jutta Chambers, Garrett Poinier, Ronald Feola, Ramona Walls, Angela Walter, Christopher Worley, and Janette R. Reyes-Speer* | By: /s/ Frank H. Cofer, III<br>BENJAMIN C. DURHAM, ESQ.<br>Nevada Bar No. 7684<br>FRANK H. COFER, III, ESQ.<br>Nevada Bar No. 11362<br>COFER, GELLER & DURHAM, LLC<br>601 South Tenth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* |

LEWIS BRISBOIS BISGAARD & SMITH

By: /s/ Robert W. Freeman, Jr.
ROBERT W. FREEMAN, JR.
Nevada Bar No. 3062
6385 S. Rainbow, Suite 600
Las Vegas, NV 89118
*Attorneys for Defendants City of North Las Vegas, Joseph Chronister, Sergeant Michael Waller, Drew Albers, David Cawthorn, Eric Rockwell and Travis Snyder*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: March 25, 2016

016164\0012\14567581.2          4