# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, et al., ) | |
| Plaintiffs, ) | Case No. 2:13-cv-01154-APG-CWH |
| vs. ) | **ORDER** |
| CITY OF HENDERSON, et al., ) | |
| Defendants. ) | |

Presently before the Court is the parties' Stipulation to File a Redacted Second Amended Complaint and an Un-Redacted Proposed Amended Complaint Under Seal (ECF No. 79), filed on April 1, 2016.  The Court has compared the redacted proposed second amended complaint (ECF No. 80-1) with the proposed second amended complaint (ECF No. 71-1) that was previously submitted to the Court and was ultimately stricken from the docket.

In its previous order denying Plaintiffs' motion to file their proposed second amended complaint under seal, the Court stated that it was unable to evaluate whether the sealing was appropriate because Plaintiffs did not identify which portions of the 56-page proposed second amended complaint violated the protective order.  (Order (ECF No. 73).)  The Court therefore ordered the parties to meet and confer regarding which portions of the proposed second amended complaint violated the protective order and to discuss options for curing the violation, including redaction or revision of the pleading.  (*Id.*)  Now that the Court has the benefit of comparing the redacted and unredacted versions of the proposed second amended complaint, it is evident the parties are not seeking to redact select personal identifiers.  Rather, the Court understands the parties to be stipulating that there are entire paragraphs— and even entire pages—of the proposed second amended complaint that violate the protective order.

Given the extensive scope of the proposed redactions, the Court will set this matter for a hearing. At the hearing, counsel should be prepared to present argument on whether there are compelling reasons for redactions and sealing. *See Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016); *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). In light of the strong presumption in favor of access to court records, counsel also are directed to consider alternative options for maintaining the confidentiality of the information at issue, such as revising the proposed second amended complaint.

IT IS THEREFORE ORDERED that a hearing on the parties' Stipulation to File a Redacted Second Amended Complaint and an Un-Redacted Proposed Amended Complaint Under Seal (ECF No. 79) is set for Thursday, April 21, 2016, at 1:30 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

DATED: April 8, 2016.

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**