UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, et al., ) | Case No. 2:13-cv-01154-APG-CWH |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| CITY OF HENDERSON, et al., ) | |
| ) | |
| Defendants. ) | |

Presently before the Court is the parties' joint status report (ECF No. 88), filed on May 24, 2016. In the joint status report, the parties indicate that they met and conferred and came to an agreement regarding an unredacted proposed second amended complaint, which is attached to the parties' joint status report. Based on the parties' joint status report,

IT IS ORDERED that the parties' Stipulation to File a Redacted Second Amended Complaint and an Un-Redacted Proposed Amended Complaint Under Seal (ECF No. 79) is DENIED as moot.

IT IS FURTHER ORDERED that the status hearing set for May 26, 2016, at 2:30 p.m. is VACATED.

IT IS FURTHER ORDERED that by June 1, 2016, Plaintiffs must file an errata to their pending Motion for Leave to File Second Amended Complaint (ECF No. 80) that attaches the unredacted proposed seconded amended complaint (ECF No. 88-1). The purpose of this requirement is to properly link the proposed second amended complaint with the pending motion for leave to file second amended complaint in the Court's electronic filing system, thereby ensuring the record is clear.

DATED: May 25, 2016.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**