UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTHONY MITCHELL, et al., | 2:13-cv-01154-APG-CWH |
| Plaintiffs, | |
| vs. | ORDER |
| CITY OF HENDERSON, et al., | |
| Defendants. | |

Presently before the Court Mainor Wirth, LLP, Cofer & Geller, LLC, and Benjamin Durham Law Firm's Joint Motion to Withdraw as Attorneys of Record for Plaintiffs Anthony, Michael, and Linda Mitchell (ECF No. 91), filed on June 1, 2016. Also before the Court is the errata (ECF No. 92) to the motion, filed on June 3, 2016.

IT IS ORDERED that a hearing on the motion (ECF No. 91) is set for Thursday, June 23, 2016, at 3:00 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell must attend the hearing in person.

IT IS FURTHER ORDERED that Plaintiffs' attorneys must serve a copy of this Order on Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell and file proof of service by June 10, 2016.

DATED: June 6, 2016.

C.W. Hoffman, Jr.
United States Magistrate Judge