UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY MITCHELL, et al.,

        Plaintiffs,

vs.

CITY OF HENDERSON, et al.,

        Defendants.

2:13-cv-01154-APG-CWH

ORDER

Presently before the Court Mainor Wirth, LLP, Cofer & Geller, LLC, and Benjamin Durham Law Firm's Joint Motion to Withdraw as Attorneys of Record for Plaintiffs Anthony, Michael, and Linda Mitchell (ECF No. 91), filed on June 1, 2016.  Also before the Court is the errata (ECF No. 92) to the motion, filed on June 3, 2016.  Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that Mainor Wirth, LLP, Cofer & Geller, LLC, and Benjamin Durham Law Firm's Joint Motion to Withdraw as Attorneys of Record for Plaintiffs Anthony, Michael, and Linda Mitchell (ECF No. 91) is GRANTED.

IT IS FURTHER ORDERED that by July 11, 2016, Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell must file a written notice in the Court's docket regarding whether they intend to represent themselves.  This requirement will be automatically vacated if a new attorney enters an appearance on their behalf by July 11, 2016.

IT IS FURTHER ORDERED withdrawing counsel must serve a copy of this Order on Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell and file proof of service by June 29, 2016.

DATED: June 24, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge