UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ANTHONY MITCHELL, et al., | ) | |
|---|---|---|
| | ) | 2:13-cv-01154-APG-CWH |
| Plaintiffs, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CITY OF HENDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Presently before the court is pro se Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell's notice (ECF No. 100), filed on July 11, 2016.

On June 24, 2016, the court granted Plaintiffs' former attorney's motion to withdraw and ordered Plaintiffs to file a written notice with the court by July 11, 2016, stating whether they intend to represent themselves in this case.  (Order (ECF No. 97).)  In their notice, Plaintiffs state that they do not intend to represent themselves, but that they need 30 days to retain an attorney. Having reviewed and considered Plaintiffs' notice, and good cause appearing,

IT IS ORDERED that by Plaintiffs' notice (ECF No. 100) requesting additional time to retain an attorney is GRANTED.  By August 15, 2016, Plaintiffs must file a written notice in the Court's docket regarding whether they intend to represent themselves in this case.  This requirement will be automatically vacated if an attorney enters an appearance on their behalf by August 15, 2016.  Plaintiffs are advised that until an attorney enters an appearance on their behalf, Plaintiffs are responsible for all upcoming deadlines in this case, including but not limited to the close of discovery on September 12, 2016 and the dispositive motions deadline on October 10, 2016.

DATED: July 14, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge