UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY MITCHELL, et al., )
                    Plaintiffs, )   2:13-cv-01154-APG-CWH
)
vs. )   <u>ORDER</u>
)
CITY OF HENDERSON, et al., )
                    Defendants. )

Presently before the court is pro se Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell's Motion to Permit Pro Se Litigants to File Electronically (ECF No. 103), filed on August 18, 2016.

Plaintiffs request permission to file documents electronically in this case, using one CM/ECF account to be managed by Plaintiff Anthony Mitchell. The court will grant Plaintiffs' request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case." For the purpose of this rule, a "filer" is defined as "a person who is issued a login and password to file documents in the court's electronic filing system." LR IC 1-1(b).

IT IS THEREFORE ORDERED that Plaintiffs' motion requesting the court's permission to file electronically (ECF No. 103) is GRANTED. Plaintiff Antony Mitchell must comply with the following procedures to activate a CM/ECF account, which he may use on behalf of Plaintiffs Michael Mitchell and Linda Mitchell:

(1) By **September 30, 2016**, Plaintiff Anthony Mitchell must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on the court's website, www.nvd.uscourts.gov. Plaintiff is advised that he is not authorized to file electronically until this certification is filed with the court within the time frame specified.

(2) After timely filing the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED: August 31, 2016.

                                                                                      C.W. Hoffman, Jr.
United States Magistrate Judge