UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her official capacity as Chief of the Henderson Police Department, GARRETT POINIER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, AND /F/N/U SNYDER, individually and in their official capacities as North Las Vegas police officers; JANETTE R. REYES-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 jointly and severally,<br><br>Defendants. | Case No.: 2:13-cv-01154-APG-CWH<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AGAINST HENDERSON DEFENDANTS** |

1

## ORDER

IT IS HEREBY ORDERED that all claims against the CITY OF HENDERSON, NEVADA, ANGELA WALTER, and CHRISTOPHER WORLEY ("Henderson Defendants"), and any of them, in Case No. 2:13-cv-01154-APG-CWH are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Leave to File Second Amended Complaint [ECF No. 71] is DENIED WITH PREJUDICE as to Henderson Defendants and all proposed ADDITIONAL HENDERSON DEFENDANTS, including but not limited to, JUTTA CHAMBERS, RONALD AVERETT, FRED THOMPSON, MARC CASSELL, THOMAS SPATH, RICHARD MELCHERT, JON MORROW, JEFFREY WIENER, T. HASTIE, M. CONRAD, JULIO DELGADO, WAVIE REED, JEB BOZARTH, P. REIMANN, D. BASKOVIC, J. NILSON, RAMONA WALLS, RONALD FEOLA, S. YOUNG, and H. VILLA.

IT IS FURTHER ORDERED that Henderson Defendants and Plaintiffs will bear their own attorneys' fees and costs related to this litigation.

Dated:  September 22, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

 /s/ Tamara Beatty Peterson
KIRK B. LENHARD, ESQ.
Nevada Bar No. 1437
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106

TAMARA BEATTY PETERSON, ESQ.
Nevada Bar No. 5218
PETERSON HOPE, PLLC
10001 Park Run Drive
Las Vegas, NV  89145

*Attorneys for Defendants City of Henderson, Nevada, Angela Walter, and Christopher Worley*