CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
C. J. POTTER, IV, ESQ.
Nevada Bar No. 13255
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL,

    Plaintiffs,

vs.

CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, F/N/U SNYDER, individually and in their official capacities as North Las Vegas Police Officers; JANETTE R. REYER-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40, jointly and severally,

    Defendants.

Case No.: 2:13-cv-01154-APG-CWH

**STIPULATION AND ORDER TO EXTEND RESPONSE TO MOTION FOR SUMMARY JUDGMENT**
**(Second Request)**

    COMES NOW, the above-referenced parties, by and through their undersigned counsel of record, and hereby agree, jointly stipulate that the Plaintiff's Response to Defendants' Motion for Summary Judgment [ECF 111] filed on September 22, 2016, currently due January 3, 2017, be extended an additional seven (7) days up to and including Tuesday, January 10, 2017.

    Although Plaintiffs' counsel has been actively working on responding to Defendants' Motion, Plaintiffs' counsel has been unable to complete the Response. Since the filing of the

first Stipulation and Order to Extend Response to Defendants' Motion for Summary Judgment,[ECF 114], Plaintiffs' counsel has had eleven (11) depositions, Plaintiffs' counsel has been preparing for a Jury Trial set to commence on January 3, 2017 in *Donna Swigers, et al. v. Mandalay Corp, et al.*, case number A-14-701182-C, which was vacated and re-set for March 13, 2017, five (5) 9th Circuit Briefs due before January 1, 2017, and numerous substantive motions and responses; as well as other general appearances and deadlines.

    This request for extension is made in good faith and not for the purposes of delay.

    WHEREFORE, the parties respectfully request that the Response be extended an additional seven (7) days up to and including Tuesday, January 10, 2017.

    APPROVED AS TO FORM AND CONTENT.

DATED this 3rd day of January, 2017.　　　　DATED this 3rd day of January, 2017.

POTTER LAW OFFICES　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Cal J. Potter, III, Esq.　　　　　　　　　By /s/ Robert W. Freeman, Jr., Esq
CAL J. POTTER, III, ESQ.　　　　　　　　　　ROBERT W. FREEMAN, JR., ESQ.
Nevada Bar No. 1988　　　　　　　　　　　　Nevada Bar No. 3062
C. J. POTTER, IV, ESQ.　　　　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 13225　　　　　　　　　　　 Las Vegas, NV 89118
1125 Shadow Lane　　　　　　　　　　　　　*Attorney for Defendants*
Las Vegas, NV 89102
*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

January 4, 2017　　　　　　　　　　　　　　_____
DATED　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE