| | |
|---|---|
| 1 | ROBERT W. FREEMAN |
|   | Nevada Bar No. 3062 |
| 2 | NOEL E. EIDSMORE |
|   | Nevada Bar No. 7688 |
| 3 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|   | 6385 S. Rainbow Boulevard, Suite 600 |
| 4 | Las Vegas, Nevada 89118 |
|   | 702.893.3383 |
| 5 | Fax: 702.893.3789 |
|   | Attorneys for Defendant |
| 6 | City of North Las Vegas, Joseph Chronister, |
|   | Michael Waller, Drew Albers. David Cawthorn, |
| 7 | Eric Rockwell, and Travis Snyder |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL, | CASE NO. 2:13-cv-01154-APG-CWH |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND THE TIME TO FILE THE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her capacity as Chief of the Henderson Police Department; GARRETT POINER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, F/N/U SNYDER, individually and in their official capacities as North Las Vegas Police Officers; JANETTE R. REYER-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 joint and severally, | |
| Defendants. | |

…

…

…

4845-2756-0768.1

### STIPULATION AND ORDER TO EXTEND THE TIME TO FILE THE REPLY IN SUPPORT OF THE MOTION FOR SUMMARY JUDGMENT

COMES NOW, Plaintiff and Defendants, by and through their respective counsel of record and hereby stipulate that the scheduled date of filing the Reply in Support of the Motion for Summary Judgment, currently due on Tuesday, January 24, 2017 be extended thirty (30) days up to and including February 23, 2017.

Counsel for the City of North Las Vegas Defendants has been involved in preparing an Ninth Circuit brief in *R. Leung adv. Cooley, 16-16268* and Motions for Summary Judgment in *SFMAIC adv. Kingham, 2:15-cv-1555-APG-GWF* and *LVMPD et al adv. McLaine, 2:14-cv-0288-JAD-GWF*.  In addition, counsel for Defendants will be in multi-day deposition in *NLV adv. Donatell, 2:15-cv-2334-RBF-NJK* during late January and February 2017.

This request for extension is made in good faith and not for the purposes of delay.

…

4845-2756-0768.1

2

WHEREFORE, the parties respectfully request that the time to file the Reply in Support of Motion for Summary Judgment be extended an additional thirty (30) days up to and including February 23, 2017.

Dated this 24th day of January, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Robert W. Freeman*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Noel E. Eidsmore, Esq.
Nevada Bar No. 7688
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorney for Defendant*
*City of North Las Vegas*

Dated this 24th day of January, 2017.

POTTER LAW OFFICES

*/s/ C.J. Potter*
Cal J. Potter, III, Esq.
Nevada Bar No. 1988
C.J. Potter, IV, Esq.
Nevada Bar No. 13225
1125 Shadow Lane
Las Vegas, Nevada 89102
*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2017.

_____
UNITED STATES DISTRICT JUDGE

4845-2756-0768.1              3