ROBERT W. FREEMAN
Nevada Bar No. 3062
NOEL E. EIDSMORE
Nevada Bar No. 7688
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendant
City of North Las Vegas, Joseph Chronister,
Michael Waller, Drew Albers. David Cawthorn,
Eric Rockwell, and Travis Snyder

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her capacity as Chief of the Henderson Police Department; GARRETT POINER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, F/N/U SNYDER, individually and in their official capacities as North Las Vegas Police Officers; JANETTE R. REYER-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 joint and severally,<br><br>Defendants. | CASE NO. 2:13-cv-01154-APG-CWH<br><br>**JOINT STATUS REPORT** |

The parties, by and through their respective attorneys of record, respectfully submit the following Joint Status Report pursuant to the Court's Order (ECF 111)

/ / /

4810-8216-6092.1

1. **STATUS OF ACTION**

On October 10, 2016, Defendants City of North Las Vegas, Joseph Chronister, Michael Waller, Drew Albers. David Cawthorn, Eric Rockwell, and Travis Snyder filed a Motion for Summary Judgment (#111).  Plaintiffs Anthony Mitchell, Linda Mitchell, and Michael Mitchell filed a Response on January 10, 2017 (#119) and Defendant's filed a Reply (#129) on February 23, 2017.

On July 3, 2017, the Court entered an Order Granting in Part and Denying in Part Defendant's Motion for Summary Judgment (#135).

2. **STATEMENT OF ACTION REQUIRED BY THE COURT**

Pursuant to the Court's Order (#135) the Parties discussed the remaining claims and agree to the following:

1. The Parties agree that Plaintiffs' First Amendment claim DOES remain pending before the Court;
2. The Parties agree that the Plaintiffs' Eighth Amendment claim DOES NOT remain pending before the Court;
3. The Parties disagree on whether Plaintiffs Michael and Linda Mitchell have any remaining claims against the NLV Defendants.  The NLV Defendants position is that there are no factual allegations included in the pleadings supporting any claims for trial.  Plaintiffs contend that the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



4810-8216-6092.1                                         2

1  pleadings are sufficient to state claims against the NLV Defendants.  The Parties agree that they
2  will resolve this issue with pre trial motions.
3  SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:
4  Dated this 28th day of July, 2017.                    Dated this 28th day of July, 2017.

6  LEWIS BRISBOIS BISGAARD & SMITH LLP          POTTER LAW OFFICES

8  /s/ *Robert W. Freeman*                                    /s/ *Cal J. Potter, III*
   Robert W. Freeman, Esq.                                    Cal J. Potter, III, Esq.
   Nevada Bar No. 3062                                        Nevada Bar No. 1988
   Noel E. Eidsmore, Esq.                                     C.J. Potter, IV, Esq.
   Nevada Bar No. 7688                                        Nevada Bar No. 13225
   6385 S. Rainbow Blvd., Suite 600                           1125 Shadow Lane
   Las Vegas, Nevada 89118                                    Las Vegas, Nevada 89102
   *Attorney for Defendant*                                   *Attorneys for Plaintiffs*
   *City of North Las Vegas*

4810-8216-6092.1                                              3