UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ANTHONY MITCHELL, et al., )
) 2:13-cv-01154-APG-CWH
       Plaintiffs, )
) ORDER
vs. )
)
CITY OF HENDERSON, et al., )
)
       Defendants. )
)

Presently before the court is Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell's attorneys' Motion to Withdraw as Counsel and Stay Proceedings (ECF Nos. 142, 143), filed on September 19, 2017.

IT IS ORDERED that a hearing on the motion is set for Monday, October 2, 2017, at 3:00 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

IT IS FURTHER ORDERED that Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell must attend the hearing in person.

IT IS FURTHER ORDERED that Plaintiffs' attorneys must serve a copy of this order on Plaintiffs and file proof of that service by September 28, 2017.

DATED: September 21, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge