```
                          UNITED STATES DISTRICT COURT

                                DISTRICT OF NEVADA

                                       * * *

ANTHONY MITCHELL, et al.,           )
                                    )     2:13-cv-01154-APG-CWH
                Plaintiffs,         )
                                    )     ORDER
vs.                                 )
                                    )
CITY OF HENDERSON, et al.,          )
                                    )
                Defendants.         )
                                    )
```

Presently before the court is Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell's attorneys' Motion to Withdraw as Counsel and Stay Proceedings (ECF Nos. 142, 143), filed on September 19, 2017. A hearing on this motion is set for October 2, 2017. (Order (ECF No. 144).) The parties filed a stipulation (ECF No. 145) to continue the hearing that states the Plaintiffs are unavailable for the hearing because they are out of the country. Given the Plaintiffs' unavailability, the court will vacate the hearing.

Regarding the motion to withdraw, the court has read and considered the motion and finds that there is good cause to allow Plaintiffs' attorneys to withdraw. The court therefore will grant the motion and will give Plaintiffs until November 15, 2017, to notify the court whether they intend to retain a new attorney or represent themselves. As there are no upcoming deadlines in the district court case, the court will deny the motion to stay.

IT IS THEREFORE ORDERED that the hearing set for Monday, October 2, 2017, at 3:00 p.m. is VACATED.

IT IS FURTHER ORDERED that the parties' stipulation (ECF No. 145) to continue the hearing is DENIED as moot.

IT IS FURTHER ORDERED that attorneys Cal J. Potter, III and C.J. Potter, IV's motion to withdraw as counsel (ECF No. 143) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' motion to stay (ECF No. 142) is DENIED without prejudice.

IT IS FURTHER ORDERED that C.J. Potter, IV must serve (1) a copy of this order, and (2) a list of all upcoming deadlines related to the Ninth Circuit Appeal on Plaintiffs Anthony Mitchell, Michael Mitchell, and Linda Mitchell.  Mr. Potter must file proof of that service by October 6, 2017.

IT IS FURTHER ORDERED that by November 15, 2017, Plaintiffs must file a notice with the court stating whether they will represent themselves, unless an attorney files a notice of appearance on Plaintiffs' behalf before that date.

DATED: September 28, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge