ROBERT W. FREEMAN
Nevada Bar No. 3062
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
Fax: 702.893.3789
Attorneys for Defendant
City of North Las Vegas, Joseph Chronister,
Michael Waller, Drew Albers. David Cawthorn,
Eric Rockwell, and Travis Snyder

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| ANTHONY MITCHELL, LINDA MITCHELL, and MICHAEL MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF HENDERSON, NEVADA; JUTTA CHAMBERS, individually and in her capacity as Chief of the Henderson Police Department; GARRETT POINER, RONALD FEOLA, RAMONA WALLS, ANGELA WALKER, and CHRISTOPHER WORLEY, individually and in their official capacities as Henderson police officers; CITY OF NORTH LAS VEGAS, NEVADA; JOSEPH CHRONISTER, individually and in his official capacity as Chief of the North Las Vegas Police Department; MICHAEL WALLER, DREW ALBERS, DAVID CAWTHORN, ERIC ROCKWELL, F/N/U SNYDER, individually and in their official capacities as North Las Vegas Police Officers; JANETTE R. REYER-SPEER; DOE individuals 1-40, jointly and severally; and ROE CORPORATIONS 1-40 joint and severally,<br><br>Defendants. | CASE NO. 2:13-cv-01154-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR PARTIES TO FILE THEIR JOINT PRE TRIAL ORDER**<br><br>**FIRST REQUEST** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline to file the parties Pre-Trial Order in the above-captioned case fourteen (14) days, up to and including January 30, 2019.

This Request for an extension of time is not sought for any improper purpose or other

4839-7918-1445.1

purpose of delay. This request for extension is based upon the following:

Counsel for Defendants has been occupied in preparing for trial scheduled to commence on January 29, 2019, in *Lige v. Clark County*, et al, 2:16-cv-0603-JAD-PAL. Defendants have also been occupied in preparing for mediation in Small, et al v. University Medical Center, et al, 2-13-cv-0298-APG – PAL.

WHEREFORE, the parties respectfully request that this Court extend the time for the parties to file their joint pre-trial order by fourteen (14) days from the current deadline of January 16, 2019 up to and including January 30, 2019.

DATED this 8th day of January 2019.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ Robert W. Freeman*
Robert W. Freeman, Jr., Esq.
Nevada Bar No. 3062
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

DATED this 8th day of January, 2019.

*/s/ Linda Mitchell*
Linda Mitchell
682 Scenic Tierra Lane
Henderson, Nevada 89002
*Plaintiff in Proper Person*

*/s/ Michael Mitchell*
Michael Mitchell
682 Scenic Tierra Lane
Henderson, Nevada 89002
*Plaintiff in Proper Person*

*/s/ Anthony Mitchell*
Anthony Mitchell
3501 Jack Northrop Avenue, Suite KV342
Hawthorne, CA 90250
*Plaintiff in Proper Person*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: January 9, 2019.